JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWION JONES, | Case No. CV 12-1317-R (KK) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DAVID LONG, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: August 13, 2014

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE